**REQUIRED STATEMENT TO ACCOMPANY
ALL MOTIONS FOR RELIEF FROM STAY**

All Cases: Debtor  Ira L. Fenton   Case No. 20-13999   Chapter 13

All Cases: Moving Creditor  Towd Point Mortgage Trust 2015-3, U.S. Bank National Association as Indenture Trustee   Date Case Filed: 7/16/2020

Nature of Relief Sought:  ☑ Lift Stay   ☐ Annul Stay   ☐ Other (Describe) _____

Chapter 13: Date of Confirmation Hearing  9/03/2020   or Date Plan Confirmed _____

Chapter 7:   No Asset Report Filed on _____

   No Asset Report not Filed, Date of Creditors Meeting _____

1. Collateral
   a. ☐ Home   ☑ Real Property
   b. ☐ Car   Year, Make, and Model _____
   c. ☐ Other (describe) _____

2. Balance Owed as of July 22, 2020   $165,027.96
   Total of all other liens against Collateral  $40,000.00

3. In chapter 13 cases, attach a payment history listing the amounts and dates of all payments received from the Debtor post-petition.

4. Estimated Value of Collateral (must be supplied in all cases)   $164,000.00

5. Default
   a. ☑ Pre-Petition Default
      Number of Months  15   Amount: $28,379.12

   b. ☐ Post-Petition Default
      i. ☐ On Direct Payments to the Moving Creditor
         Number of Months _____   Amount  **N/A – Debtor Surrendering Property**
      ii. ☐ On Payments to the Standing Chapter 13 Trustee
         Number of Months _____   Amount _____

6. Other Allegations
   a. ☑ Lack of Adequate Protection §362(d)(1)
      i. ☐ No Insurance
      ii. ☐ Taxes Unpaid   Amount _____
      iii. ☐ Rapidly Depreciating Asset
      iv. ☐ Other (describe) _____
   b. ☑ No Equity and not Necessary for an Effective Reorganization §362(d)(2)
   c. ☐ Other "Cause" §362(d)(1)
      i. ☐ Bad Faith (describe) _____
      ii. ☐ Multiple Filings
      iii. ☐ Other (describe) _____
   d. Debtor's Statement of Intention Regarding the Collateral
      i. ☐ Reaffirm   ii. ☐ Redeem
      iii. ☑ Surrender   iv. ☐ No Statement of Intention Filed
      v. ☐ Not Listed on Statement of Intention Filed

Date:  08/03/2020   /s/ Matthew C. Abad